IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MIRZET VENKOVIC | ) | |
| | ) | TRIAL BY JURY DEMANDED |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| BETA ELECTRIC, INC., SABID REDZIC | ) | |
| And BEKIM REDZIC | ) | |
| | ) | |
| Defendants. | ) | |

## COMPLAINT

### JURISDICTION AND VENUE

1. This is a suit to recover back wages and liquidated damages. Federal question jurisdiction is posited upon Title 28 U.S.C. 1331 and Title 29 U.S.C. 216(b), commonly known as the "Fair Labor Standards Act" (hereinafter "FLSA"), as amended, for violation of the maximum hours provisions of §207(a)(1). The court has supplemental jurisdiction over the claims under the Illinois Wage Payment and Collection Act claim, 820 ILCS 115/11(-c) and the Illinois Minimum Wage Law, 820 ILCS 105/1-15, pursuant to the Judicial Improvements Act, 28 U.S.C. 1367(a)(1).

1. The unlawful conduct occurred in this district at or near Lincolnwood, Illinois.

### STATEMENT OF CLAIM

3. Plaintiff was employed by defendants as an electrician between about August 1, 2014 and July 22, 2015 at a regular rate of $27.00 per hour. During the time employed, plaintiff worked approximately 5-20 hours beyond 40 hours per week in most

work weeks for which he was willfully not compensated wages at the rate of one and one-half times his regular rate of pay ($40.50/hr.), in violation of 29 U.S.C. 207(a), the ILMWL, 820 ILCS 105/4a, and the One Day Rest in Seven Act, 820 ILCS 140/2 (2015).

4. The individual defendants own, operate, manage and control BETA ELECTRIC, INC., in Lincolnwood, Illinois. SABID REDZIC is the president of the corporation and BEKIM REDVIC is a manager. Both, on a daily basis, directly and indirectly managed and directed the enterprise when they collected time sheets recording the excess hours and, therefore willfully violated the FLSA, as stated herein. Therefore, the individual defendants are an "employer" of the plaintiff within the meaning of 29 U.S.C. 203(a) and (d) and had been the subject of prior litigation for the same violations.

5. As a result thereof, there are now due to plaintiff from defendants, jointly and severally, all back wages, liquidated damages, attorney's fees and costs of the action, as provided by 29 U.S.C. 216(b) and 820 ILCS 105/12a (2008).

## PRAYER FOR RELIEF

WHEREFORE plaintiff asks the court to enter judgment in his favor, and against the defendants for all back wages due, plus liquidated damages, attorney's fees and costs of the action due, and all relief provided by 29 U.S.C. 216(b); 820 ILCS 105/12a (2008); and the Illinois Wage Payment and Collection Act, 820 ILCS 115/11(c).

*/s/ Ernest T. Rossiello*
_____
ERNEST T. ROSSIELLO
ERNEST T. ROSSIELLO
& ASSOCIATES, P.C.
134 North LaSalle Street, Suite 1760
Chicago, Illinois 60602
(312) 346-8920
Attorney for Plaintiff