IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MIRZET ZENKOVIC | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 2015 CV 7270 |
| | ) | JUDGE KENDALL |
| BETA ELECTRIC, INC., et al. | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41(a)(1)(A)(i), F.R.Civ.P., the plaintiff hereby dismisses this suit with prejudice, AS AGAINST ALL DEFENDANTS, all matters in controversy, including costs and attorney's fees, having been fully compromised, settled and adjourned.

s/ Ernest T. Rossiello
ERNEST T. ROSSIELLO

Ernest T. Rossiello & Associates, P.C.
134 North LaSalle Street, Suite 1760
Chicago, Illinois 60602
(312) 346-8920
ETRLaw@aol.com

Attorney for Plaintiff

1

## **CERTIFICATE OF SERVICE**

        The undersigned, an attorney, states that a true and correct copy of said document was served upon all parties of record, BY FIRST CLASS MAIL, this September 3, 2015, from Chicago.

                                                     s/ Ernest T. Rossiello
                                                    ERNEST T. ROSSIELLO