## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
## Eastern Division

Mirzet Zenkovic

                     Plaintiff,

v.                                            Case No.: 1:15−cv−07270
                                              Honorable Virginia M. Kendall

Beta Electric, Inc., et al.

                     Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, September 4, 2015:

      MINUTE entry before the Honorable Virginia M. Kendall:Pursuant to Rule 41(a)(1)(A)(i), F.R.Civ.P., the plaintiff hereby dismisses thissuit with prejudice, AS AGAINST ALL DEFENDANTS, all matters in controversy,including costs and attorneys fees, having been fully compromised, settled andadjourned. Civil case terminated. Mailed notice(tsa, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.